# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0734
LT Case No. 05-1994-CF-22178-A

_____

RUVAN RICARDO LAKEMAN,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.800 Appeal from the Circuit Court for Brevard County.
Michelle Lynn Naberhaus, Judge.

Ruvan Ricardo Lakeman, Miami, pro se.

No Appearance for Appellee.

September 30, 2025

PER CURIAM.

   AFFIRMED.

MAKAR, LAMBERT, and BOATWRIGHT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————